IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and<br>RICK SIREN<br>REVENUE OFFICER of the<br>INTERNAL REVENUE SERVICE, | )<br>)<br>)<br>)<br>) | |
| Petitioners, | )<br>) | CIVIL ACTION NO. 3:11-cv-00315 |
| v. | )<br>) | JUDGE NIXON |
| TINA JONES, | )<br>) | |
| Respondent. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that the United States of America and Rick Siren, Revenue Officer of the Internal Revenue Service, hereby voluntarily dismisses the above-entitled action without prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, as the Respondent provided the necessary documentation to the Internal Revenue Officer, Rick Siren.

The Petitioners further request that the hearing currently scheduled for June 3, 2011, at 10:00 a.m. be cancelled.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney
Middle District of Tennessee

*So ordered.* [handwritten signature]

By: s/ Steve Jordan
STEVE JORDAN, B.P.R. #013291
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151
Facsimile: (615) 736-5323